UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
                                    )
EDUARDO SALVADOR ALVAREZ CRESPIN    )
        Plaintiff(s),               )
                                    )
v.                                  )    Civil Action No. 25-13488-JEK
                                    )
                                    )
                                    )
ANTONE MONIZ, PATRICIA HYDE, MICHAEL)
KROL, TODD M LYONS, KRISTI NOEM,    )
and PAMELA BONDI                    )
        Defendant(s).               )
                                    )
_____)

# JUDGMENT

**KOBICK, D.J.**

☐   Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒   Decision by the Court: In accordance with the Court's Electronic Order dated December 1, 2025, [ECF 9], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Eduardo Salvador Alvarez Crespin.

Dated: December 15, 2025

                                                          /s/ Haley Currie

                                                          Deputy Clerk